and a total of two hours is allotted for oral argument. *Dean Acheson, W. Graham Claytor, Jr.* and *Brice M. Clagett* for petitioner in No. 763. *Solicitor General Cox, Morton Hollander* and *David L. Rose* for petitioner in No. 798. *Edward L. Merrigan* and *James W. Bean* for Bank of New Orleans & Trust Co. et al., and *Bentley G. Byrnes,* Special Assistant Attorney General of Louisiana, for the State Bank Commissioner of Louisiana, respondents in both cases.

No. 763, Misc. TURNER *v.* LOUISIANA. Appeal from the Supreme Court of Louisiana. The motion for leave to proceed *in forma pauperis* is granted. The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is granted. The case is transferred to the appellate docket. *Burrell J. Carter* for appellant. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Michael E. Culligan,* Assistant Attorney General, for appellee.

No. 52. NEW YORK TIMES CO. *v.* PARKS ET AL. C. A. 5th Cir. Certiorari denied. *Herbert Brownell, Thomas F. Daly, Louis M. Loeb, Herbert Wechsler* and *Ronald S. Diana* for petitioner. *Sam Rice Baker, M. R. Nachman, Jr., Ralph Smith* and *Calvin M. Whitesell* for respondents.

No. 672. IGNERI ET UX. *v.* CIE. DE TRANSPORTS OCEANIQUES. C. A. 2d Cir. Certiorari denied. *Philip F. DiCostanzo* and *Robert Klonsky* for petitioners. *Robert J. Giuffra* for respondent.